EDWARD F. POWER et al., Respondents, v. ROCCO NOVIELLI, Appellant.—

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Appellant. PETER CASTELLANO, Principal.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Appellant. JOSEPH ISABELLA Principal.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD DUNCAN, SR., Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.

Rabin, Benjamin and Munder, JJ., concur; Brennan, Acting P. J., and Hopkins, J. dissent and vote to reverse the judgment and remand relator to the County Court, Dutchess County, for rearraignment and repleading, on the basis of their dissent in *People ex rel. Gallagher* v. *Follette* (27 A D 2d 664) and *People ex rel. Butler* v. *Fay* (27 A D 2d 663).